MINUTE ORDER - UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF TEXAS

PLACE   Dallas                    JUDGE   Barbara M G Lynn         DATE   January 8, 2001

REPORTER   Sue Engledow           MARSHAL                          DEPUTY   Lori Greco

INTERPRETER                       CSO   Lewis Ervoes               COURT TIME   2 Hours 30 Mins TTL

CIVIL ACTIONS

| TIME | CASE NUMBER & STYLE | TYPE OF HEARING & RESULTS | ATTYS PRESENT |
|---|---|---|---|
| 3 30 p m | 3 99-CV-2890-M<br>Bridgmon<br>vs<br>Array Systems Corp , et al | MOTION HEARING | P - James D Petruzzi<br>P - Robert Mason<br>D - John Rogers<br>D - Hank Reynolds |
| | | Oral argument commences | |
| 5:00 p m | | Ten minute recess | |
| 5.10 p m | | Court resumes<br>Court DENIES Dfts' Mtn for Involuntary Dismissal (#53) for the reasons stated on the record No order to enter<br><br>Court GRANTS Dfts' Mtn for Summary Judgment (#50) for the reasons stated on the record, The court specifically noted that it wasn't making a finding that dfts own the copyright that was ever owned by pla<br>No order to enter<br><br>Court VACATED the Preliminary Injunction Order in this case & orders all materials of dft Array Sys Corp currently in possession of pla must be turned over to dft Array Sys Corp at their place of business w/in 7 days if the Court's ruling is appealed, dft must keep these materials in some segregated fashion No order to enter | |
| 6.20 p.m | | Adjourned | |



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN - 8 2001
CLERK, U.S. DISTRICT COURT
By _____
Deputy

Rec'd at Dkt Desk 1/10/01

87